UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                         No. 1:09-CR-184

        vs.                              Hon. Paul L. Maloney
                                          Chief, U.S. District Judge

KAMAL ABDULKARIM,

        Defendant.

_____/

**FINAL ORDER OF FORFEITURE**

WHEREAS, on September 15, 2009, this Court entered a Preliminary Order of Forfeiture as to the property described as approximately 192 miscellaneous counterfeit articles (the "Subject Property"); and

WHEREAS, the Court finds that the Defendant had an interest in the Subject Property and that there was a nexus between that property and the Defendant's criminal conduct.

NOW THEREFORE, IT IS HEREBY ORDERED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 United States Code, Section 2323.

IT IS FURTHER ORDERED that all right, title and interest to the Subject Property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed by the United States Department of Homeland Security, United States Immigration and Customs Enforcement according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED:**

Dated: January 4, 2010

/s/ Paul L. Maloney
PAUL L. MALONEY
Chief, U.S. District Judge